IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Criminal Case Nos.: 3:21-CR-598-L & 3:21-CR-599-L |
| RICARDO RENTERIA | § § | |
| Defendant. | | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court referred the request for revocation of Defendant Ricardo Renteria's ("Defendant") Supervised Release to United States Magistrate Judge Rebecca Rutherford for consideration. Doc. 33. The court has received the Report and Recommendation of the United States Magistrate Judge ("Report") (Doc. 37) pursuant to its order. Defendant having waived allocution before this court as well as his right to object to the Report, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ordered** that the magistrate judge's Report is **accepted** and **adopted** as the opinion and findings of the court. It is further **ordered** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of **seven months with credit for time served**. No term of Supervised Release is to follow.

**It is so ordered** this 7th day of November, 2023.

Sam A. Lindsay
United States District Judge

Order – Solo Page